**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6209

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IPOLITO CAMPOS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:03-cr-00032-HCM)

Submitted:  April 26, 2007                 Decided:  May 3, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ipolito Campos, Appellant Pro Se.  Joseph Evan DePadilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ipolito Campos appeals the district court's order denying his self-styled motion to "Invok[e] the Inherent Equity Jurisdiction of this Court as Recognized in the Savings Clause of F.R.C.P. 60(b)," after Campos rejected the district court's notice and attempt to construe Campos' motion pursuant to 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campos, No. 2:03-cr-00032-HCM (E.D. Va. Dec. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED